**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Guillermina CISNEROS–DE VERA,**
**Defendant–Appellant.**

No. 04–51385.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 7, 2006.

Before BARKSDALE, STEWART and
CLEMENT, Circuit Judges.

PER CURIAM: *

Guillermina Cisneros–De Vera appeals
her bench-trial conviction and sentence for
being an alien who illegally re-entered or
was found in the United States without the
consent of the Attorney General after hav-
ing been deported, in violation of 8 U.S.C.
§ 1326. Cisneros argues that the evidence
was insufficient to prove beyond a reason-
able doubt that she is an alien. She ar-
gues that as the daughter of a mother who
was born in the United States, she had
"derivative citizenship." After all of the
evidence in the light most favorable to the
Government, we hold that there was sub-
stantial evidence from which any rational
trier of fact could have found beyond a
reasonable doubt that Cisneros's mother
was not born in the United States and thus

was not a United States citizen from whom
Cisneros could derive citizenship. *See*
*United States v. Turner,* 319 F.3d 716,
720–21 (5th Cir.2003).

Cisneros also argues that her 57–month
sentence violates the Due Process Clause
because it exceeds the maximum two-year
sentence for the § 1326(a) offense charged
in the indictment. Her constitutional chal-
lenge is foreclosed by *Almendarez–Torres*
*v. United States,* 523 U.S. 224, 235, 118
S.Ct. 1219, 140 L.Ed.2d 350 (1998). Al-
though Cisneros contends that *Almenda-*
*rez–Torres* was incorrectly decided and
that a majority of the Supreme Court
would overrule *Almendarez–Torres* in
light of *Apprendi v. New Jersey,* 530 U.S.
466, 120 S.Ct. 2348, 147 L.Ed.2d 435
(2000), we have repeatedly rejected such
arguments on the basis that *Almendarez–*
*Torres* remains binding. *See United*
*States v. Garza–Lopez,* 410 F.3d 268, 276
(5th Cir.), *cert. denied,* —— U.S. ——, 126
S.Ct. 298, 163 L.Ed.2d 260 (2005). Cisne-
ros properly concedes that her argument
is foreclosed in light of *Almendarez–Tor-*
*res* and circuit precedent, but she raises it
here to preserve it for further review.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.